1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   PATRICK WILLIAM SNYDER, CSBN 260690
4  Special Assistant United States Attorney

5
      160 Spear Street, Suite 800
6     San Francisco, California 94105
      Telephone:  (415) 977-8927
7     Facsimile:  (415) 744-0134
      E-Mail: Patrick.Snyder@ssa.gov
8
   Attorneys for Defendant
9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11
                            SACRAMENTO
12

13  BARTON RAMSEY,                    )
                                      )      CIVIL NO. 2:11-cv-03440 CKD
14         Plaintiff,                 )
                                      )
15         v.                         )      **STIPULATION FOR EXTENSION OF**
                                      )      **TIME AND RDER**
16  MICHAEL J. ASTRUE,                )
    Commissioner of                   )
17  Social Security,                  )
                                      )
18         Defendant.                 )
                                      )
19  _____ )

20
           The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the
21
    attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's
22
    Opening Brief up to and including August 22, 2012.  This extension is being sought because of the
23
    unavoidable transfer of assignments from other attorneys and workload issues, including three pending
24
    Ninth Circuit Briefs and over a dozen district court filings due in July and August.
25
           The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.
26
                                 Respectfully submitted,
27

Dated: July 21, 2012                    */s/ Richard Allen Shore*
                                        _____
                                        RICHARD ALLEN SHORE
                                        (as authorized via email)
                                        Attorney at Law
                                        Attorney for Plaintiff


Dated: July 23, 2012                    BENJAMIN B. WAGNER
                                        United States Attorney
                                        DONNA L. CALVERT
                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration

                              By:
                                        */s/ Patrick William Snyder*
                                        _____
                                        PATRICK WILLIAM SNYDER
                                        Special Assistant U.S. Attorney
                                        Attorneys for Defendant

## **ORDER**


        APPROVED AND SO ORDERED.



Dated: July 24, 2012

                                        _____
                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE