```
1   BENJAMIN B. WAGNER
    United States Attorney
2   DONNA L. CALVERT
    Acting Regional Chief Counsel, Region IX
3   Social Security Administration
    PATRICK WILLIAM SNYDER, CSBN 260690
4   Special Assistant United States Attorney

        160 Spear Street, Suite 800
        San Francisco, California 94105
        Telephone: (415) 977-8927
        Facsimile: (415) 744-0134
        E-Mail: Patrick.Snyder@ssa.gov

    Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| BARTON RAMSEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO. 2:11-cv-03440 CKD <br><br> **STIPULATION FOR EXTENSION OF TIME AND RDER** |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's Opening Brief up to and including August 22, 2012. This extension is being sought because of the unavoidable transfer of assignments from other attorneys and workload issues, including three pending Ninth Circuit Briefs and over a dozen district court filings due in July and August.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

| | | |
|---|---|---|
| Dated: July 21, 2012 | | /s/ Richard Allen Shore |
| | | _____ |
| | | RICHARD ALLEN SHORE |
| | | (as authorized via email) |
| | | Attorney at Law |
| | | Attorney for Plaintiff |

Dated: July 23, 2012            BENJAMIN B. WAGNER
                                United States Attorney
                                DONNA L. CALVERT
                                Acting Regional Chief Counsel, Region IX
                                Social Security Administration

                        By:
                                /s/ Patrick William Snyder
                                _____
                                PATRICK WILLIAM SNYDER
                                Special Assistant U.S. Attorney
                                Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

Dated: July 24, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE